# Exhibit B





webcache.googleusercontent.com/search?q=cache:Y-z4ccct1bIJ:www.ebay.fr/sch/Etuis-housses-coques-/56170/i.html%3F_nkw%3Dipod+&cd=4&hl=en&ct=clnk&gl=us

Case 2:15-cv-09568-BRO-KS  Document 1-2  Filed 12/11/15  Page 4 of 4  Page ID #:14



### Transparent - Coque gel silicone pour Apple iPod Touch 4G 4

**2,23 EUR**  Provenance : Etats-Unis

Achat immédiat

Livraison non spécifiée



### Coque IPOD TOUCH 4 et 5 SLIPKNOT MUSIQUE Ipod Touch Case Corey Taylor MUSIC

**9,99 EUR**   Top Fiabilité

Achat immédiat

+3,00 EUR de frais de livraison



### Dur Housse Coque Pour iPod Touch 3G 2G 2ème 3ème Gen

**3,29 EUR**  Provenance : Etats-Unis

Achat immédiat

Livraison non spécifiée