# Exhibit D



Kristen Pierson <kristenpierson@gmail.com>

## DMCA- Notice of Copyright Infringement

**Kristen Pierson** <legal@kristenpierson.com>  
To: vero@ebay.com

Sat, Oct 31, 2015 at 10:14 AM

DMCA- Notice of Copyright Infringement

The infringed work at issue is an image that appears on the following link:

http://www.ebay.com/itm/Coque-IPOD-TOUCH-4-et-5-SLIPKNOT-MUSIQUE-Ipod-Touch-Case-Corey-Taylor-MUSIC-/291548076902?var=&hash=item43e19e9b66:m:mkbzyHd6DoTveQE8EvXbl1A

http://i.ebayimg.com/images/g/kVEAAOSwLVZV3Di9/s-l500.jpg

I am the copyright owner of the photo and it appears on my web site at this address:

http://kristenpierson.photoshelter.com/gallery-image/Slipknot-2-6-09/G0000RYZZLdbOdjg/I0000Onch70O.KGA/C0000YVFjrtzWJZ8

I hereby state that I have a good faith belief that the disputed use of the copyrighted material or reference or link to such material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).
I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

Please remove infringing content immediately.

Signed,

Kristen Pierson
Kristen Pierson Photography
P.O. Box 97
Coventry, RI 02816
401-484-1606
email: legal@kristenpierson.com