LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 15-09568 BRO (KSx)** | Date | January 15, 2016 |
|---|---|---|---|
| Title | **Kristen Pierson v. eBay, Inc. et al** | | |

Present: The Honorable   **BEVERLY REID O'CONNELL, United States District Judge**

| Renee A. Fisher | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

**ORDER TO SHOW CAUSE RE DISMISSAL.**

ORDER TO SHOW CAUSE

Plaintiff has failed to submit the required Report on the Filing or Determination of an Action Regarding a Patent or Trademark (form AO-120) and/or Report on the Filing or Determination of an Action or Appeal Regarding a Copyright (form A0-121).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE by the close of business on Monday, February 8, 2016 why the Court should not dismissed.

Submission of the required AO-120  and/or AO-121 form will satisfy this Order.

Failure to respond to this OSC will be deemed consent to the dismissal of the action.

**IT IS SO ORDERED.**

| | : |
|---|---|
| Initials of Preparer | rf |